IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>William Berry; Derrick Courtland; John Bacon; Julius Jackson; Joseph Addison; James H. Milburn, III; and Ricky J. Stringfellow, Jr.,<br><br>    Defendants. | Case No. 09-CR-30101-MJR |

## ORDER

**REAGAN, District Judge:**

The Court SETS the following deadlines. Dispositive motions, motions to sever, and motions to suppress evidence are due no later than October 23, 2009, with responses due by October 30. Motions in limine are due no later than November 16, 2009, with responses due by November 23.

Additionally, the Court informs the parties that it will not engage in its usual practice with respect to voir dire. Instead, pursuant to Rule 24(a)(1) of the Federal Rules of Criminal Procedure, the Court will exclusively examine the prospective jurors in this case. The parties will not be permitted to examine the prospective jurors after the Court finishes its examination, but in accordance with Rule 24(a)(2), the parties may propose questions that the Court will ask prospective jurors if the Court finds the questions appropriate. Proposed voir dire questions must be filed with the Clerk of Court no later than November 23, 2009.

IT IS SO ORDERED.

DATED this 9th day of October, 2009.

s/ Michael J. Reagan
Michael J. Reagan
United States District Judge